# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:24-CR-00045(1)-ADA |
| § | |
| (1) JOHNATHAN MICHAEL HAYMAN § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 15, 2024, wherein the defendant (1) JOHNATHAN MICHAEL HAYMAN waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOHNATHAN MICHAEL HAYMAN to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOHNATHAN MICHAEL HAYMAN's plea of guilty to Counts One (1) and Two (2) is accepted.

Signed this 2nd day of December, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE